# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSUE ROMERO RODRIGUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; PAG SANTA ANA B1, INC. d/b/a CREVIER BMW, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00947-JLS (Ex)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>*[F.R.C.P. Rule 41(a)]*<br><br>District Judge:  Hon. Josephine L. Staton<br>Courtroom　　　10A, 10th Floor<br>Ronald Reagan Federal Building<br><br>Magistrate Judge: Charles F. Eick<br>Courtroom:　　　750, 7th Floor<br>Roybal Federal Building<br><br>Trial Date:　　Not Set<br>Complaint Filed: April 12, 2019 |

Pursuant to Plaintiff JOSUE ROMERO RODRIGUEZ ("Plaintiff") and Defendants BMW OF NORTH AMERICA, LLC and PAG SANTA ANA B1, INC. dba CREVIER BMW ("Defendants") (collectively, the "Parties") Joint Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 6, 2020

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON